Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile:  (213) 626-0215

David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile:  (510) 444-1108

Attorneys for Defendants CITY OF MODESTO, JAMES "DERRICK" TYLER and TERRY SEESE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>        Plaintiff,<br><br>    v.<br><br>Modesto Police Sergeant JAMES "DERRICK" TYLER, Lieutenant TERRY SEESE, the CITY OF MODESTO; and JOHN/JANE DOEs #S 1 through 10, inclusive,<br><br>        Defendants. | Case No. 1:18-cv-01268-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT**<br><br>(ECF No. 5) |

**STIPULATION**

Defendants City of Modesto, James "Derrick" Tyler ("Tyler"), and Terry Seese (collectively "City Defendants") and Plaintiff Adorthus Cherry ("Plaintiff") (collectively with City Defendants, the "Stipulating Parties") stipulate as follows:

1. Plaintiff filed his complaint on September 14, 2018. (Dkt. 1.)

2. Defendant City of Modesto was served with the complaint and summons on or about October 2, 2018, Defendant Seese waived service of the summons on or about October 9, 2018, and Defendant Tyler waived service of the summons on or about November 12, 2018.

3. Based on the foregoing service and waiver of service dates, the latest date for Defendants Seese and Tyler to respond to the complaint is November 26, 2018.

4. Based on the City Defendants' counsel's heavy litigation schedule over the next five weeks – including (i) two depositions and related witness prep in Los Angeles during the week of December 3rd; (ii) a major summary judgment hearing in the Northern District of California on December 14, 2018; and (iii) a reply brief in support of a motion to dismiss in the Northern District due on November 30, 2018 – as well as the intervening Thanksgiving holiday, counsel requested Plaintiff's agreement that the deadline for the City Defendants' responses to the complaint be extended by approximately 25 days from the current deadline for Lieutenant Seese and Sergeant Tyler to respond to **December 21, 2018**. Plaintiff has agreed to this extension.

5. In the event the City Defendants file a motion in response to the complaint, the Stipulating Parties further agree that Plaintiff shall have extra time within which to file his opposition to any such motion given the intervening winter holidays. Therefore, the Stipulating Parties agree that the hearing on any motion filed by the City Defendants in response to the complaint shall be noticed for a date no earlier than **January 28, 2019**, giving Plaintiff no less than 21 days within which to file an opposition.

6. In order to conserve the resources of the Court and the parties, the Stipulating Parties also respectfully request that, in the event the City Defendants file a motion in response to the complaint, the Court continue the Scheduling Conference, currently set for January 10, 2019, to a date not less than 30 days after the Court's ruling on any motion filed by the City Defendants

1
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

in response to the complaint.

IT IS SO STIPULATED.

DATED: November 19, 2018  Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By: _____/S/  David Mehretu_____
David Mehretu
Attorneys for Defendants CITY OF MODESTO, JAMES "DERRICK" TYLER and TERRY SEESE

DATED: November 19, 2018  LAW OFFICE OF RANDOLPH E. DAAR

By: _____/S/  Randolph E. Daar_____
Randolph E. Daar
Attorneys for Plaintiff
ADORTHUS CHERRY

**Attestation of Concurrence in the Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

2
STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO THE COMPLAINT

| | |
|---|---|
| 1 | **ORDER** |
| 2 | IT IS HEREBY ORDERED that, pursuant to the stipulation of the Stipulating Parties (ECF |
| 3 | No. 5), which is recited above, and good cause in support thereof: |
| 4 | 1. The deadline for Defendants City of Modesto, James "Derrick" Tyler and Terry |
| 5 | Seese to file their respective responses to the complaint shall be extended to **December 21, 2018**. |
| 6 | 2. In the event the Defendants respond to the complaint with the filing of a motion, (i) |
| 7 | the hearing on such motion shall be set for a date no earlier than **January 28, 2019;** and (ii) the |
| 8 | Scheduling Conference, currently set for January 10, 2019 will be vacated and reset at the time the |
| 9 | Court issues a ruling on the motion. If the City Defendants file an answer to the complaint, the |
| 10 | current Scheduling Conference shall remain set for January 10, 2019. |

IT IS SO ORDERED.

Dated: **November 19, 2018**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE