Adam U. Lindgren (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
P.O. Box 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Margaret W. Rosequist (SBN: 203790)
mrosequist@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, California 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants,
MODESTO POLICE SERGEANT JAMES
"DERRICK" TYLER, LIEUTENANT TERRY
SEESE, CITY OF MODESTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>Plaintiff,<br><br>v.<br><br>Modesto Police Sergeant JAMES "DERRICK" TYLER, Lieutenant TERRY SEESE, the CITY OF MODESTO,; and JOHN/JANE DOEs #s 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:18-cv-01268-LJO-EPG<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS AND TO RESCHEDULE HEARING DATE**<br><br>Date: February 4, 2019<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill<br>Crtrm.: 4, 7th Floor<br><br>Trial Date: None Set |

1:18-cv-01268-LJO-EPG
STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO FILE REPLY BRIEF AND
RESCHEDULING HEARING DATE

**STIPULATION**

Defendants City of Modesto, James "Derrick" Tyler ("Tyler"), and Terry Seese (collectively, the "Modesto Defendants") and Plaintiff Adorthus Cherry ("Plaintiff") (collectively with the Modesto Defendants, the "Stipulating Parties") stipulate as follows:

1. The Modesto Defendants filed their Motion to Dismiss on December 21, 2018. (Dkt. 8.)

2. Plaintiff filed his Opposition to the Modesto Defendants' Motion to Dismiss on Monday January 21, 2019. (Dkt. 11.)

3. Pursuant to the Local Rules and Federal Rule of Civil Procedure, Rule 6, Plaintiff's Opposition Brief was due to be filed on Friday January 18, 2018 as Monday January 21, 2019 was a legal holiday pursuant to Rule 6(a)(6).

4. Federal Rule of Civil Procedure, Rule 6, provides that if the last day for filing a brief falls on a holiday, the deadline moves to the "next day," and when counting back from an event (in this case the hearing on the Modesto Defendants' Motion to Dismiss), the deadline moves *backward* to get to get to the "next day." Rule 6(a)(5). Due to the nuances of these calculations, Plaintiff's Opposition Brief was unintentionally filed three days after the deadline.

5. Although the Modesto Defendants appreciate that Plaintiff missed the deadline due to a nuanced provision under Rule 6 – and have appreciated Plaintiff's counsel's professional courtesy in this case – the Modesto Defendants were counting on the opposition brief being filed on Friday and planned to use that time in preparing their reply brief.

6. Accordingly, the Stipulating Parties agree that Defendants should have **three (3)** additional days to file their Reply Brief in Support of the Modesto Defendant's Motion to Dismiss. The Reply Brief is currently due to be filed Monday January 28, 2019 and by this stipulation the parties agree the deadline for filing the Reply Brief should be extended to Thursday January 31, 2019.

7. To ensure compliance with the Local Rules, and to provide the Court will adequate time to review all papers prior to the hearing on this matter, the Stipulating Parties also stipulate and request that the Court continue the hearing in this matter from Monday February 4, 2019 to

Monday February 11, 2019 or as soon thereafter as this Court is able to accommodate the hearing.

IT IS SO STIPULATED.

DATED: January 22, 2019  Respectfully submitted,

MEYERS, NAVE, RIBACK, SILVER & WILSON

By:    /s/ David Mehretu
    David Mehretu
    Attorneys for Defendants CITY OF MODESTO, JAMES "DERRICK" TYLER and TERRY SEESE

DATED: January 22, 2019  LAW OFFICE OF RANDOLPH E. DAAR

By:    /s/ Randolph E. Daar
    Randolph E. Daar
    Attorneys for Plaintiff
    ADORTHUS CHERRY

**Attestation of Concurrence in the Filing**

The filer, David Mehretu, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

IT IS HEREBY ORDERED that, pursuant to the stipulation of the Stipulating Parties, which is recited above, and good cause in support thereof:

1. The deadline for Defendants City of Modesto, James "Derrick" Tyler and Terry Seese to file their Reply Brief shall be extended to **January 31, 2019**; and the

2. The hearing on Defendants' Motion to Dismiss shall be rescheduled from February 4, 2019 to February 11, 2019 or as soon thereafter as this Court's schedule permits

IT IS SO ORDERED.

Dated: **January 23, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE