UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES TYLER,<br><br>    Defendant. | No.: 1:18-cv-01268-LJO-EPG<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>(ECF No. 16) |

The Court, having considered the Parties' Stipulation (ECF No. 16), and finding good cause,

IT IS ORDERED that the scheduling conference currently scheduled for March 28, 2019, is rescheduled for **May 2, 2019, at 9:30 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. The Court grants telephonic appearances, with each party wishing to so appear directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453. All associated dates, including the deadline for the parties to meet and confer pursuant to Rule 26 of the Federal Rules of Civil Procedure, are adjusted accordingly. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of same, in Word format, to epgorders@caed.uscourts.gov, for the Judge's review.

IT IS SO ORDERED.

Dated:  **March 6, 2019**          /s/ Erica P. Grosjean
                                  UNITED STATES MAGISTRATE JUDGE