UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>  Plaintiff,<br><br>  v.<br><br>Modesto Policed Sergeant JAMES "DERRICK" TYLER, Lieutenant TERRY SEESE, the CITY OF MODESTO, and JOHN/JANE DOEs #s 1 through 10, inclusive,<br><br>  Defendants. | Case No. 1:18-cv-01268-LJO-EPG<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT (ECF No. 19)** |

Having read and considered Plaintiff's Motion For Leave To File A First Amended Complaint, ECF No. 19, submitted on the papers by the parties and without opposition by Defendants, the Court hereby orders as follows:

Plaintiff's motion for leave is **GRANTED**. Plaintiff shall file a clean copy of the First Amended Complaint attached to his motion, ECF No. 19-2, with seven (7) days of this Order.

IT IS SO ORDERED.

 Dated:  **March 21, 2019**      /s/ Lawrence J. O'Neill
                   UNITED STATES CHIEF DISTRICT JUDGE