DERICK E. KONZ, SB No. 286902
  Email: dkonz@akk-law.com
WILLIAM J. BITTNER, SB No. 292056
  Email: wbittner@akk-law.com
**ANGELO, KILDAY & KILDUFF, LLP**
Attorneys at Law
601 University Avenue, Suite 150
Sacramento, CA  95825
Telephone:  (916) 564-6100
Telecopier:  (916) 564-6263

Attorneys for Defendant JAMES DERRICK TYLER

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES "DERRICK" TYLER, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 1:18-cv-01268-JLT-EPG<br><br>**STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND PROPOSED ORDER** |

Pursuant to E.D. Cal. L.R. 270 and the Court's April 22, 2022 Minute Order (Dkt. #62), the parties—Plaintiff Adorthus Cherry and Defendant James Derrick Tyler—stipulate to and request referral to Honorable Magistrate Judge Kendall J. Newman for a settlement conference. The parties agree that a settlement conference shall be set on **June 28, 2022**, before the Honorable Magistrate Judge Kendall J. Newman. The parties have reserved the agreed-upon date with Magistrate Judge Newman's Courtroom Deputy.

IT IS SO STIPULATED.

///

///

---

-1-
STIPULATION FOR SETTING OF SETTLEMENT CONFERENCE AND ~~PROPOSED~~ ORDER

Dated:  May 2, 2022                    ANGELO, KILDAY & KILDUFF, LLP

                                       　　　　*/s/ Derick Konz*
                                       By:_____
                                          DERICK KONZ
                                          Attorneys for Defendant


Dated:  May 2, 2022                    LAW OFFICE OF BEN ROSENFELD

                                       　　　　*/s/ Ben Rosenfeld* (as authorized on 4/28/22)
                                       By:_____
                                          BEN ROSENFELD
                                          Attorneys for Plaintiff


## ORDER

The parties' stipulation is GRANTED.  A settlement conference shall be set on June 28, 2022, before the Honorable Magistrate Judge Kendall J. Newman.

IT IS SO ORDERED.

Dated:   **May 2, 2022**                       _____
                                               UNITED STATES DISTRICT JUDGE