UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>               Plaintiff,<br><br>     v.<br><br>JAMES "DERRICK" TYLER, *et al.*,<br><br>               Defendants. | Case No.  1:18-cv-01268-JLT-EPG<br><br>ORDER RE: PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL DIRECTING PLAINTIFF TO FILE APPROPRIATE DISPOSITIONAL DOCUMENT<br><br>(ECF No. 67). |

        On August 12, 2022, Plaintiff filed a notice of voluntary dismissal dismissing this action with prejudice.  (ECF No. 67).

        Federal Rule of Civil Procedure 41(a)(1)(A)(i)-(ii) provides that a plaintiff "may dismiss an action without a court order by filing. . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or a stipulation of dismissal signed by all parties who have appeared."

        On April 12, 2019, all Defendants—James "Derrick" Tyler, Terry Seese, and the City of Modesto—filed an answer. (ECF No. 22).  Because the Defendants have filed an answer, a notice of voluntary dismissal under Rule 41(a)(1)(A)(i) is insufficient to dismiss this action.

        Accordingly, IT IS ORDERED that Plaintiff file an appropriate dispositional document in the form of a stipulation of dismissal signed by all parties who have appeared *see, e.g.*, Rule

1  41(a)(1)(A)(ii), by no later than August 29, 2022.¹

IT IS SO ORDERED.

Dated:  **August 15, 2022**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE

---

¹ After the settlement conference held on June 28, 2022, the parties were directed to file dispositional documents within sixty days. *See* ECF No. 66.

2