UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADORTHUS CHERRY,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES "DERRICK" TYLER, *et al.*,<br><br>    Defendants. | Case No. 1:18-cv-01268-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL<br><br>(ECF No. 69). |

On August 23, 2022, the parties filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees.  In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice and without an award of costs or attorneys' fees.  Accordingly, the Clerk of Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **August 24, 2022**            /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

1